IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMAH JADA CLARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: |
| | : | 1:24-CV-03613-JPB |
| INTERNAL REVENUE | : | |
| SERVICE, et al., | : | |
| | : | |

# **ORDER**

This case is before the Court for consideration of a letter written by Plaintiff, who is proceeding *pro se*, to the Clerk of Court in which Plaintiff asserts various legal "authority" in support of her contention that she is not required to pay the Court's filing fee. (Doc. 1). The Clerk has construed that document as an application to proceed *in forma pauperis*. *Id*. Plaintiff's contentions are without merit, and Plaintiff has not shown that she should not be required to pay the filing fee in the absence of any showing that she is financially unable to pay the filing fee. Plaintiff's request to proceed on this action without payment of the filing fee (Doc. 1) is therefore **DENIED** with leave to file a proper application to proceed *in forma pauperis*. Plaintiff is **DIRECTED** to either pay the $405 filing fee or complete and file an Application To Proceed In District Court Without Prepaying Fees Or Costs, which she can obtain from the Clerk's Office or from the Court's website, in which she sets out the information requested in that form, including complete information

about her income, assets, debts, and expenses, **NO LATER THAN SEPTEMBER 3, 2024**. If Plaintiff fails to comply with this Order, the undersigned will recommend to the District Judge that this action be closed.

The Clerk is **DIRECTED** to re-submit this matter to the undersigned Magistrate Judge at the expiration of the allotted time.

**IT IS SO ORDERED** this 16th day of August, 2024.

*/s/ J. Clay Fuller*
J. CLAY FULLER
UNITED STATES MAGISTRATE JUDGE

2