IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
**FEDERAL QUESTION & DIVERSITY OF CITIZENSHIP**

*Civil Suit for Aggravated Torts of Slander, Fraud, False Imprisonment, and Interference with Contractual Relations, seeking Twelve Million Dollars in Exemplary Damages; Jury Trial Demanded*

| | | |
|---|---|---|
| TAMAH JADA CLARK, *(PRO PER, SUI JURIS, SUI GENERIS)* **PLAINTIFF/PLAINTIFF IN ERROR** | * * * * * | |
| Vs. | * * | CIVIL SUIT NO. |
| INTERNAL REVENUE SERVICE ["THE UNITED STATES"], DELTA COMMUNITY CREDIT UNION, **DEFENDANTS/DEFENDANTS IN ERROR** | * * * * * | ___1:24-CV-03613-JPB___ |



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 0 5 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**Saturday, August 31, 2024**

### NOTICE OF APPEAL

PURSUANT ARTICLE III, SECTION 2, CLAUSE 2, U.S. CONSTITUTION—1787 AND THE JUDICIAL CODE, SECTION 238; MAR. 3, 1911, CH. 231, § 238 , 36 STAT. 1157. [*SEE* 28 U.S.C. § 2101(B)]

COMES NOW TAMAH JADA CLARK, "PLAINTIFF" ("PLAINTIFF IN ERROR" or "APPELLANT"), to give notice that PLAINTIFF appeals to the Supreme Court *for* the United States of America from the:

a. Order dated August 16, 2024, by Magistrate Judge J. Clay Fuller (Docket No. 1).

Internal Filing ID:
GA-USD-NDG-08.12.2024-F2

**I.**

PLAINTIFF ("APPELLANT") filed the present civil suit at Law pursuant R.S. § 629 [see The Judicial Code, Sections 289, 291, & 292; Mar. 3, 1911, c. 231, § 289, 891, 292, 36 Stat. 1167], and The Judicial Code, Section 24; Mar. 3, 1911, c. 231, § 24, 36 Stat. 1091); and appeals to the Supreme Court *for* the United States of America (i.e. sues out writ of error) to challenge the constitutionality of federal law.

**II.**

PLAINTIFF hereby gives notice that this Court ***better not*** send the appeal to the United States Court of Appeals for the Eleventh Circuit which lacks jurisdiction, per The Judicial Code, Section 128(a); Feb. 13, 1925, ch. 229, 43 Stat. 936: "The circuit courts of appeal shall have appellate jurisdiction to review by appeal or writ of error final decisions—First. In the district courts, in all cases **save where a direct review of the decision may be had in the Supreme Court under section 238**." (emphasis added)

**PROOF/CERTIFICATE OF SERVICE**

PLAINTIFF ("APPELLANT") certifies that this Notice is served on DEFENDANTS ("APPELLEES") contemporaneous with its filing with the Clerk, on August 31, 2024, via United States Postal Service (USPS) first-class mail (electronically unavailable) as follows.

a. (For DEFENDANT IRS): Internal Revenue Service ["The United States"] c/o Ryan K. Buchanan, U.S. Attorney Northern District of Georgia, Richard B. Russell Federal Building, 75 Ted Turner Dr. SW, Suite 600, Atlanta, GA 30303-3309

b. For DEFENDANT DCCU): Delta Community Credit Union, c/o Bob Manning, 3250 Riverwood Parkway, Atlanta, GA 30339,

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the date specified on page 1. [See 28 U.S.C. § 1746(1)].*

*/s/ Tamah Jada Clark*
TAMAH JADA CLARK
**PLAINTIFF/PLAINTIFF IN ERROR**

1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

X/Twitter: @TamahJadaClark
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com
Web: www.TamahJadaClark.com

Internal Filing ID:
GA-USD-NDG-08.12.2024-F2

```
ORIGIN ID:SCFA  (417) 221-9006      SHIP DATE: 03SEP24
TAMAH JADA CLARK                    ACTWGT: 0.10 LB
                                    CAD: 254303705/WSXI3200
1880 BRASELTON HWY
SUITE 118 #5018
LAWRENCEVILLE, GA 30043             BILL SENDER
UNITED STATES US

TO  CLERK OF COURT
    RICHARD B. RUSSELL FEDERAL BUILDING
    2211 UNITED STATES COURTHOUSE
    75 TED TURNER DRIVE, SW
    ATLANTA GA 30303
 (417) 221-9006         REF: 1
 INV: 10222943
 PO:                    DEPT:
```



THU - 05 SEP 5:00P
** 2DAY **

TRK# 2790 2574 9860
0201

SG QFEA            30303
                GA-US  ATL



0222943
00001



EXTREMELY URGENT

EXTREMELY URGENT

RT **529**  1 17:00 **B**
FZ **527**  9860 09.05 Atlanta, Georgia

U.S. MARSHALS SERVICE
SEP 0 5 2024
CLEARED SECURITY