> Exhibit #2: June 28, 1902, ch. 1301, §1, 32 Stat. 476

**476**                FIFTY-SEVENTH CONGRESS. Sess. 1. Ch. 1301. 1902.

of all necessary expenses of his office, including necessary clerk hire, together with the vouchers for the payment of the same for such last half year; and the word "emoluments" shall be understood as including all amounts received in connection with the admission of attorneys to practice in the court, all amounts received for services in naturalization proceedings, whether rendered as clerk, as commissioner, or in any other capacity, and all other amounts received for services in any way connected with the clerk's office: *Provided further*, That no amount in excess of one dollar shall be received from any attorney in connection with his admission to practice in a circuit or district court.

<small>Fee of admission to practice.</small>

<small>Commissioners' fees, etc.</small>
For fees of United States commissioners and justices of the peace acting under section ten hundred and fourteen, Revised Statutes of the United States, one hundred and fifty thousand dollars.

<small>Jurors' fees.</small>
For fees of jurors, six hundred and fifty thousand dollars.

<small>Witnesses' fees.</small>
For fees of witnesses, nine hundred thousand dollars.

<small>Rent.</small>
For rent of rooms for the United States courts and judicial officers, one hundred and five thousand dollars.

<small>Bailiffs, etc.</small>
<small>Provisos.</small>
<small>Actual attendance. R. S., sec. 715, p. 136.</small>
For pay of bailiffs and criers, not exceeding three bailiffs and one crier in each court, except in the southern district of New York: *Provided*, That all persons employed under section seven hundred and fifteen of the Revised Statutes shall be deemed to be in actual attendance when they attend upon the order of the courts: *And provided further*, That no such person shall be employed during vacation; of reasonable expenses for travel and attendance of district judges directed to hold court outside of their districts, not to exceed ten dollars per day each, to be paid on written certificates of the judges, and such payments shall be allowed the marshal in the settlement of his accounts with the United States; expenses of judges of the circuit courts of appeals not to exceed ten dollars per day; of meals and lodgings for jurors in United States cases, and of bailiffs in attendance upon the same, when ordered by the court; and of compensation for jury commissioners, five dollars per day, not exceeding three days for any one term of court, one hundred and sixty thousand dollars.

<small>Vacation, etc. Expenses of judges, etc.</small>

<small>Jury commissioners.</small>

<small>Miscellaneous.</small>
For payment of such miscellaneous expenses as may be authorized by the Attorney-General, for the United States courts and their officers, including the furnishing and collecting of evidence where the United States is or may be a party in interest, and moving of records, two hundred and sixty thousand dollars.

<small>Indian Territory. Salaries of clerks, etc.</small>
For salaries of clerks, commissioners, and constables, and expenses of commissioners and judges, in the Indian Territory, fifty-three thousand five hundred dollars.

<small>Supplies.</small>
For supplies for the United States courts and judicial officers, to be expended under the direction of the Attorney-General, thirty thousand dollars: *Provided*, That the money heretofore, or that shall hereafter be, appropriated for this purpose shall be expended in payment for such supplies only as have been, or shall hereafter be, purchased by the Department of Justice for distribution.

<small>Proviso. Distribution.</small>

<small>New York, southern district, district attorney's fees. R. S., sec. 825, p. 154.</small>
For fees of district attorney for the southern district of New York, under section eight hundred and twenty-five, Revised Statutes, one hundred dollars.

<small>Support of prisoners.</small>
For support of United States prisoners, including necessary clothing and medical aid, and transportation to place of conviction or place of bona fide residence in the United States, and including support of prisoners becoming insane during imprisonment, as well before as after conviction, and continuing insane after expiration of sentence, who have no friends to whom they can be sent, and not exceeding three thousand dollars for repair of United States jails, seven hundred and twenty-five thousand dollars.

<small>Fort Leavenworth, Kans., Penitentiary. Maintenance.</small>
For the support of the United States Penitentiary at Fort Leavenworth, Kansas, as follows: For subsistence, including supplies for