SIXTY-EIGHTH CONGRESS.   SESS. II.   CH. 204.   1925.   857

CHAP. 204.—An Act To provide fees to be charged by clerks of the district courts of the United States.

February 11, 1925.
[H. R. 5420.]
[Public No. 393.]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the fees hereinafter provided for, and no other, shall be charged and collected by clerks of the district courts of the United States for services performed by them or their assistants: *Provided,* That all laws or parts of laws inconsistent or repugnant to the provisions of this Act are hereby repealed; but nothing in this Act shall repeal or in any way enlarge or modify the provisions of the Act of July 20, 1892 (Twenty-seventh United States Statutes at Large, page 252), as amended by the Act of June 25, 1910, (Thirty-sixth United States Statutes at Large, page 866), and the Act of June 27, 1922 (Forty-second United States Statutes at Large, page 666): *Provided further,* That the United States shall not be required to pay any sum or fee herein provided for.

United States courts.
Fees to be collected by clerks of district courts.

*Provisos.*
Inconsistent laws repealed.
Acts not affected.
Poor suitors, etc.
Vol. 27, p. 252.
Vol. 36, p. 866.
Vol. 42, p. 666.

Not required from United States.

SEC. 2. Upon the institution of any suit or proceeding, whether by original process, removal, indictment, information or otherwise, there shall be paid by the party or parties so instituting such suit or proceeding, as fees of the clerk for all services to be performed by him in such case or proceeding, except as hereinafter provided, the sum of $5.

Rates.
Upon institution of suit, etc.

SEC. 3. Upon the filing of any answer or paper joining issue, or the entering of an order for trial, there shall be charged and collected by the clerk, from the party or parties filing any such answer or paper, for services performed and to be performed by said clerk in said case or proceeding, the further sum of $5: *Provided,* That after one fee, as hereinbefore provided in this section, has been paid by any defendant, cross-petitioner, intervenor, or party, other defendants, cross-petitioners, intervenors, or parties, separately appearing or filing any answer or paper in said suit or proceeding, shall pay a further fee of $2, for each answer or paper so filed: *And provided further,* That in any criminal case, upon the entering of a plea of not guilty by any defendant, there shall be charged and taxed in the costs of said case, a fee of $5 for each defendant entering such plea, but the clerk shall not be required to account for any such fee not collected by him.

Filing answers, etc.

*Provisos.*
Other parties separately appearing.

Criminal cases entering plea of not guilty.

SEC. 4. Upon the entry of any judgment, decree, or final order of the court in any suit or proceeding there shall be charged and collected by the clerk, from the prevailing party or parties, as an additional fee for services performed and to be performed in said suit or proceeding, the further sum of $5: *Provided, however,* That in any criminal case the clerk shall not be required to account for any such fee not collected by him.

Entry of judgment.

*Proviso.*
Criminal cases.

SEC. 5. Upon the filing of any petition for appeal or writ of error to any Circuit Court of Appeals or the Supreme Court of the United States there shall be charged and collected by the clerk, from the party or parties prosecuting such appeal or writ of error, an additional fee in said suit or proceeding of $5.

Petitions for appeal or writ of error.

SEC. 6. Upon the filing of any petition or application for a writ of habeas corpus, or appeal from a deportation order of a United States commissioner, there shall be charged and collected by the clerk, from the petitioner or applicant, as full payment for all services performed or to be performed by him in said proceeding, the sum of $5: *Provided,* That if an appeal is prosecuted from the order of the district court in said proceeding, then and in that event the additional sum of $5, as provided in section 4 of this Act, shall be charged and collected by the clerk.

Habeas corpus, or deportation order appeal.

*Proviso.*
Additional if appeal prosecuted.

SEC. 7. For each additional trial or final hearing, upon a reversal by a Circuit Court of Appeals or the Supreme Court of the United

Additional trial upon reversal, disagreement of jury, etc.

States, or following a disagreement by a jury or the granting of a new trial or rehearing by the court, there shall be charged and collected by the clerk, from the party or parties securing such reversal, new trial, or rehearing, or from the plaintiff or plaintiffs in the event of a disagreement, the further sum of $5: *Provided, however,* That the clerk shall not be required to account for any such fee not collected by him in any criminal case: *Provided further,* That nothing herein contained shall prohibit the court from directing by rule or standing order, the collection at the time the services are rendered of the fees herein enumerated, from either party, but all such fees shall be taxed as costs in the respective cases.

*Provisos.*
*Criminal cases.*

*Collection when services rendered, taxed as costs.*

Sec. 8. That in addition to the fees for services rendered in cases, hereinbefore enumerated, the clerk shall charge and collect, for miscellaneous services performed by him, and his assistants, except when on behalf of the United States, the following fees:

*Miscellaneous services.*

1. For issuing any writ or a subpœna for a witness, not in a case instituted or pending in the court from which it is issued, and filing and entering the return of the marshal thereon, 50 cents.

*Issuing writ, etc., in cases not before the court.*

2. For filing and indexing any paper, not in a case or proceeding, 25 cents.

*Filing, etc., paper, not in pending case.*

3. For administering an oath or affirmation, not in a case or proceeding pending in the court where the oath is administered, 10 cents.

*Administering oath, etc.*

4. For an acknowledgment, certificate, affidavit or countersignature, with seal, 50 cents.

*Acknowledgments, etc.*

5. For taking and certifying depositions to file, 20 cents for each folio of one hundred words, and if taken stenographically, 15 cents per folio additional, for the stenographer.

*Depositions.*

6. For a copy of any record, entry, or other paper, and the comparison thereof, 15 cents for each folio of one hundred words.

*Copy of record, etc.*

7. For filing praecipe or requisition and searching the records of the court for judgments, decrees, or other instruments or suits pending, or bankruptcy proceedings, including the certifying of the results of such search, 60 cents for the first name and 25 cents for each additional name embraced in the certificate.

*Searching bankruptcy records, etc.*

8. For receiving, keeping, and paying out money in pursuance of any statute or order of court, including cash bail or bonds or securities authorized by law to be deposited in lieu of other security, 1 per centum of the amount so received, kept and paid out, or of the face value of such bonds or securities.

*Money in custody of court.*

9. For keeping a record of surety companies and bonds thereof, 15 cents for each folio of one hundred words.

*Recording surety bonds.*

10. For preparation and mailing notices in bankruptcy, 10 cents each for the first twenty notices and 5 cents for each additional notice: *Provided,* That this fee shall cover and include all services and expenses in connection therewith: *And provided further,* That such fee shall not be deemed to be included in any other fee for services in bankruptcy proceedings.

*Bankruptcy notices.*

*Provisos.*
*All services included.*
*Not included in any other fee.*

11. For making and comparing a transcript of record on appeal or writ of error when required or requested, 15 cents for each folio of one hundred words.

*Transcript of record on appeal or writ of error.*

12. For comparing any transcript, copy of record, or other paper not made by the clerk with the original thereof, 5 cents for each folio of one hundred words.

*Comparing transcripts, etc., with originals.*

13. For making a final record in any case at the request of either party or upon order of court in a particular case, 15 cents for each folio of one hundred words: *Provided, however,* That when any such final record is made upon order of court the fees therefor shall be taxed in the costs of the case.

*Final records.*

*Proviso.*
*Taxed as costs if on order of court.*