**Exhibit #4: Jan. 22, 1927, ch. 50, §2, 44 Stat. 1023**

SIXTY-NINTH CONGRESS.  Sess. II.  Chs. 50–52.  1927.      1023

pay a further fee of $2 for each answer or paper so filed: *And provided further*, That upon a plea of not guilty in any criminal case there shall be charged in the costs the sum of $5, which, however, shall not be demanded of any such defendant unless and until by order, judgment, or decree of the court the costs in the case are taxed and assessed against him." <span style="float:right">In criminal cases if plea of not guilty entered. If costs taxed by court.</span>

Sec. 2. That paragraph 6 of section 8 of the said Act of February 11, 1925 (Forty-third United States Statutes at Large, page 858), be, and it is hereby, amended to read as follows: <span style="float:right">Miscellaneous services.</span>

"6. For a copy of any record, entry, or other paper, and the comparison thereof, 15 cents for each folio of one hundred words: *Provided*, That in each criminal case not provided for in section 1033 of the Revised Statutes of the United States the clerk shall furnish each defendant, upon his request, a copy of any information filed or indictment returned against him, the fees for said copy and the certificate thereto, at the rates provided for by law, to be taxed as costs; but such fees shall not be demanded of any such defendant unless and until by order, judgment, or decree of the court the costs in the case are assessed against him." <span style="float:right">Copy of record, etc. *Proviso.* Information, etc., to defendant in criminal cases. Vol. 43, p. 858, amended. R. S., sec. 1033, p. 191. If costs assessed by court.</span>

Approved, January 22, 1927.

---

CHAP. 51.—An Act To amend the Narcotic Act of Congress, approved December 17, 1914, as amended, and for other purposes. <span style="float:right">January 22, 1927. [S. 4537.] [Public, No. 564.]</span>

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That section 2 of the Narcotic Act of Congress, approved December 17, 1914, as amended, be further amended as follows: <span style="float:right">Narcotic Act, 1914. Sales, etc.</span>

Sec. 2. After the last sentence of section 2 add the following: "The President is further authorized and directed to issue such Executive orders as will permit those persons in the Virgin Islands of the United States lawfully entitled to sell, deal in, dispense, prescribe, and distribute the aforesaid drugs, to obtain said drugs from persons registered under this Act within the continental United States for legitimate medical purposes, without regard to the order forms described in this section." <span style="float:right">Application of Act to Virgin Islands. Vol. 38, p. 787, amended.</span>

Approved, January 22, 1927.

---

CHAP. 52.—An Act To amend the Act entitled "An Act to amend the Panama Canal Act and other laws applicable to the Canal Zone, and for other purposes," approved December 29, 1926. <span style="float:right">January 22, 1927. [H. R. 16164.] [Public, No. 565.]</span>

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the Act entitled "An Act to amend the Panama Canal Act and other laws applicable to the Canal Zone, and for other purposes," approved December 29, 1926, is amended— <span style="float:right">Panama Canal Act amendments. Corrections of numbers in Act.</span>

(1) By striking out "13" in paragraph (4) of subdivision (a) of section 9, and inserting in lieu thereof "12". <span style="float:right">*Ante*, p. 927.</span>

(2) By striking out "13" in subdivision (b) of section 13, and inserting in lieu thereof "12". <span style="float:right">*Ante*, p. 928.</span>

(3) By striking out "14, 15, or 16" in subdivision (a) of section 16, and inserting in lieu thereof "13, 14, or 15". <span style="float:right">*Ante*, p. 929.</span>

(4) By striking out "20" in subdivision (a) of section 20, and inserting in lieu thereof "19". <span style="float:right">*Ante*, p. 930.</span>

(5) By striking out "20" in subdivision (c) of section 20, and inserting in lieu thereof "19". <span style="float:right">*Ante*, p. 931.</span>

(6) By striking out "19 and 21" in section 21, and inserting in lieu thereof "18 and 20". <span style="float:right">*Ante*, p. 931.</span>