Exhibit #5: Jan. 31, 1928, ch. 14, §1, 45 Stat. 54

54   SEVENTIETH CONGRESS.   Sess. I.   Chs. 14–16.   1928.

January 31, 1928.
[S. 1801.]
[Public, No. 10.]
United States courts.
Writs of error abolished, and appeals substituted therefor.

CHAP. 14.—An Act In reference to writs of error.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the writ of error in cases, civil and criminal, is abolished. All relief which heretofore could be obtained by writ of error shall hereafter be obtainable by appeal.

Procedure in appeal cases.
*Post,* p. 406.

Sec. 2. That in all cases where an appeal may be taken as of right it shall be taken by serving upon the adverse party or his attorney of record, and by filing in the office of the clerk with whom the order appealed from is entered, a written notice to the effect that the appellant appeals from the judgment or order or from a specified part thereof. No petition of appeal or allowance of an appeal shall be required: *Provided, however,* That the review of judgments of State courts of last resort shall be petitioned for and allowed in the same form as now provided by law for writs of error to such courts.

*Proviso.*
Review of judgments of State courts as by writ of error.

Approved, January 31, 1928.

---

February 1, 1928.
[S. 1708.]
[Public, No. 11.]

CHAP. 15.—An Act Concerning actions on account of death or personal injury within places under the exclusive jurisdiction of the United States.

National Parks, etc.
Actions for death or personal injury within, to be brought in courts of State where located.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That in the case of the death of any person by the neglect or wrongful act of another within a national park or other place subject to the exclusive jurisdiction of the United States, within the exterior boundaries of any State, such right of action shall exist as though the place were under the jurisdiction of the State within whose exterior boundaries such place may be; and in any action brought to recover on account of injuries sustained in any such place the rights of the parties shall be governed by the laws of the State within the exterior boundaries of which it may be.

Approved, February 1, 1928.

---

February 3, 1928.
[H. R. 5547.]
[Public, No. 12.]

CHAP. 16.—An Act Granting the consent of Congress to the city of Saint Joseph in the State of Missouri, or its assigns, to construct a bridge and approaches thereto across the Missouri River between the States of Missouri and Kansas.

Missouri River.
Saint Joseph, Mo., may bridge, between Buchanan County, Mo., and Doniphan County, Kans.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the consent of Congress is hereby granted to the city of Saint Joseph, in the county of Buchanan and State of Missouri, a municipal corporation duly organized and existing under and by virtue of the laws of the State of Missouri, relative to cities of the first class, to construct, maintain, and operate a free highway bridge and approaches thereto across the Missouri River at a point suitable to the interests of navigation, between a point in Buchanan County, State of Missouri, and a point opposite in Doniphan County, State of Kansas, in accordance with the provisions of an Act entitled "An Act to regulate the construction of bridges over navigable waters," approved March 23, 1906.

Construction.
Vol. 34, p. 84.

Right to acquire real estate, etc., for location, approaches, etc.

Sec. 2. There is hereby conferred upon the city of Saint Joseph, its successors and assigns, all such rights and powers to enter upon lands and to acquire, condemn, occupy, possess, and use real estate and other property needed for the location, construction, operation and maintenance of such bridge and its approaches, as are possessed by railroad corporations for railroad purposes or by bridge corpora-