Exhibit #6: Mar. 3, 1942, ch. 124, §2, 56 Stat. 122

[CHAPTER 124]

AN ACT

March 3, 1942
[H. R. 5880]
[Public Law 467]

To abolish certain fees charged by clerks of the district courts; and to exempt defendants in condemnation proceedings from the payment of filing fees in certain instances.

United States district courts.
Fees of clerks.

44 Stat. 1022.
28 U. S. C. § 550.

Exemption.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That section 3 of the Act entitled "An Act to provide fees to be charged by clerks of the district courts of the United States", approved February 11, 1925 (43 Stat. 857, as amended; U. S. C., 1934 edition, title 28, sec. 550), is amended by striking out the period at the end thereof and inserting a colon and the following: "*And provided further,* That in any proceeding instituted under any law of the United States to acquire property or any interest therein by eminent domain, defendants and other parties adverse to the condemnor shall not be required to pay the fees prescribed by this section."

Repeal.

28 U. S. C. § 555.

SEC. 2. Paragraph 8 of section 8 of the Act entitled "An Act to provide fees to be charged by clerks of the district courts of the United States", approved February 11, 1925 (43 Stat. 857; U. S. C., 1934 edition, title 28, sec. 555), is hereby repealed.

Approved, March 3, 1942.

[CHAPTER 126]

AN ACT

March 4, 1942
[H. R. 6003]
[Public Law 468]

To amend an Act entitled "An Act providing for the zoning of the District of Columbia and the regulation of the location, height, bulk, and uses of buildings and other structures and of the uses of land in the District of Columbia, and for other purposes", approved June 20, 1938.

District of Columbia.
Zoning regulations.

52 Stat. 797.
D. C. Code § 5-413.

Parking facilities in connection with buildings.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That section 1 of the Act entitled "An Act providing for the zoning of the District of Columbia and the regulation of the location, height, bulk, and uses of buildings and other structures and of the uses of land in the District of Columbia, and for other purposes", approved June 20, 1938, be amended by inserting between the first and second sentences the following: "The said Zoning Commission shall also have power to promulgate regulations to require, with respect to buildings erected subsequent to the promulgation of such regulations, that facilities be provided and maintained either on the same lot with any such building, or on the same lot with any such building or elsewhere, for the parking of automobiles and motor vehicles of the owners, occupants, tenants, patrons, and customers of such building, and of the business, trades, and professions conducted therein.".

Approved, March 4, 1942.

[CHAPTER 127]

AN ACT

March 4, 1942
[H. R. 6072]
[Public Law 469]

Authorizing the States of Arizona and California, jointly or separately, to construct, maintain, and operate a free highway bridge across the Colorado River at or near Needles, California.

Colorado River.
Bridge authorized across, at Needles, Calif.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That in order to facilitate interstate commerce, improve the postal service, and provide for military and other purposes, the States of Arizona and California, jointly or separately, are hereby authorized to construct, maintain,